**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____    Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | K Street, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-3717255 | |
| 4. **Debtor's address** | **Principal place of business** 1219 K St., NE — Number  Street Suite 110 Washington    DC    20002 City    State    ZIP Code  District of Columbia County | **Mailing address, if different from principal place of business** _____ Number  Street _____ P.O. Box _____ City    State    ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number  Street _____ _____ City    State    ZIP Code |
| 5. **Debtor's website** (URL) | _____ | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **K Street, LLC**_____     Case number (if known)_____
        Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                       MM / DD / YYYY
        Case number, if known _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **2**

Debtor  K Street, LLC                                   Case number *(if known)*_____
         _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                              State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name    _____
        Phone           _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor  K Street, LLC
       Name                                                          Case number (*if known*)_____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/24/2022
             MM / DD / YYYY

✘ /s/ Habte Sequar                                         Habte Sequar
Signature of authorized representative of debtor            Printed name

Title  President/Member

**18. Signature of attorney**

✘ /s/ John D Burns                              Date  10/24/2022
Signature of attorney for debtor                       MM / DD / YYYY

John D Burns
Printed name
The Burns Law Firm, LLC
Firm name
6303 Ivy Lane, Ste 102
Number    Street
Greenbelt                                       MD        20770
City                                            State     ZIP Code

3014418780                                      jburns@burnsbankruptcyfirm.com
Contact phone                                   Email address

_464194_                                        _DC_
Bar number                                      State

United States Bankruptcy Court

District of Columbia

In re: K Street, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/24/2022

/s/ Habte Sequar
Signature of Individual signing on behalf of debtor

President/Member
Position or relationship to debtor

**1219 K Street I, LLC**
**46 Westchester Ave.**
**Pound Ridge, NY 10576**


**1219 K Street I, LLC**
**18 E. 50th St., 10th Floor**
**New York, NY 10022**


**1219 K Street II, LLC**
**46 Westchester Ave.**
**Pound Ridge, NY 10576**


**1219 K Street II, LLC**
**18 E. 50th St., 10th Floor**
**New York, NY 10022**


**1219 K Street III, LLC**
**18 E. 50th St., 10th Floor**
**New York, NY 10022**


**1219 K Street III, LLC**
**46 Westchester Ave.**
**Pound Ridge, NY 10576**


**1219 K Street IV, LLC**
**18 E. 50th St., 10th Floor**
**New York, NY 10022**


**1219 K Street IV, LLC**
**46 Westchester Ave.**
**Pound Ridge, NY 10576**

**1219 K Street V, LLC**
**46 Westchester Ave.**
**Pound Ridge, NY 10576**


**1219 K Street V, LLC**
**18 E. 50th St., 10th Floor**
**New York, NY 10022**


**BBGM/Architects & Interiors P.C.**
**c/o John P. Williams, Esq.**
**1010 Wisconsin Ave. ,NW, Suite 305**
**Washington, DC 20007**


**Birchington LLC**
**Attn:  George Nwanze**
**4710 14th St., NW, Ste. 200**
**Washington, DC 20011**


**Chenault Insurance**
**329 Prince George St.**
**Laurel, MD 20707**


**DC Gov't Office of Tax & Revenue**
**PO Box 37559**
**Washington, DC 20013**


**DC Gov't Office of Tax & Revenue**
**PO Box 75520**
**Washington, DC 20013**


**DC Tax & Revenue:  Property Tax**
**1101 4th St., SW**
**Washington, DC 20024**

**DC Water**
1385 Canal Street NE
Washington, DC 20003

**District Unemployment Compensation**
4058 Minnesota Ave., NE
Washington, DC 20019

**Habte Sequar**
1219 K St., NE
Suite 110
Washington, DC 20002

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Kenneth Welch**
910 M St., NW
Unit 1130
Washington, DC 20001

**Lima Hotels, LLC**
Attn:  George Nwanze
4710 14th St., NW, Ste. 200
Washington, DC 20011

**McNamee Hosea**
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770

**Office of Attorney General**
441 4th St., NW
6th Floor
Washington, DC 20001

**Pepco**
701 9th St. NW
Washington, DC 20068


**Rechun He**
9615 Verveille Dr.
Vienna, VA 22182


**Republic Services**
300 Ritchie Rd.
Capitol Heights, MD 20743


**U.S Securities and Exchange Commission**
100 F St NE
Washington, DC 20549


**U.S. Attorney's Office**
555 4th St., NW
Washington, DC 20530


**US Department of Justice**
950 Pennsylvania Ave NW
Washington, DC 20530


**Wesbanco Bank, Inc.**
1 Bank Plaza
Wheeling, WV 26003