# EXHIBIT A TO PETITION
# CORPORATE RESOLUTION OF K STREET, LLC

K Street, LLC (the "LLC") is a single owner limited liability company. A special meeting of the Board of Directors/Officers/Members of K Street, LLC was conducted on October 23, 2022, at 1219 K St., NE, Suite 110, Washington D.C. 20002. The sole member, Habte Sequar, was present. The special meeting was called by Habte Sequar as President to discuss the financial condition of the LLC and to consider the filing of a Chapter 11 petition in bankruptcy. After a review of the finances of the LLC and a review of pending litigation concerning the LLC, Habte Sequar unilaterally approved and authorized the filing of a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Columbia, which is where the LLC is registered and where the primary asset of the LLC is located. The President and sole Member of the LLC, Habte Sequar, shall be authorized to execute such documents and complete such accounts as may be necessary to file and administer said petition.

BE IT RESOLVED THAT, the Board of Directors/Members/Officers of the LLC hereby authorizes the filing of a Chapter 11 petition in the United States Bankruptcy Court for the District of Columbia.

| | |
|---|---|
| October 23, 2022 | /s/ Habte Sequar |
| Dated | Habte Sequar, Director/President |