B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## District of Columbia

**In re**

    K STREET, LLC                         Case No. _____

    **Debtor**                              Chapter __**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$495.00 per hour (JDB); $355.00 per hour (assoc.attys); $295.00 per hour (paralegals)**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $__0.00__

   Amount Received for the Debtor . . . . . . . . . . . . . . . . . . . . . . . . . $ __12,831.55__

   Total Retainer Plus Amount Received for the Debtor. . . . . . . . . .$ __12,831.55__

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify):    **Third party gift from Mehar Sequar**

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☒ Other (specify):    **Third party gift from Mehar Sequar**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

    A total of $4,856.45 for earned prepetition fees, filing fee cost, and title report cost has been received prior to the filing of the bankruptcy, and is not included in the above amount.

    Per employment application

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Any services excluded per Employment Application /  Excludes MORs

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/24/2022          /s/ John D. Burns, Esquire  (DC #464194)
*Date*          *Signature of Attorney*

The Burns Law Firm, LLC
*Name of law firm*

6303 Ivy Lane, Suite 102
Greenbelt, MD  20770
Phone: 301.441.8780
info@burnsbankruptcyfirm.com