**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re: K Street, LLC

Debtor(s).

Case No. 22-00198-ELG

Chapter 11

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

a status hearing

on 12/14/2022 at 10:30 AM

via video conference - contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information
before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.