UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: § | |
| § | |
| K STREET, LLC, § | CASE NO. 22-00198-ELG |
| § | |
| § | Chapter 11 |
| DEBTOR. § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **1219 K STREET I, LLC** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

**E-mail:  jcarruth@wkpz.com**

Dated:  October 27, 2022          Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:    */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN:. 24001846)
 24 Greenway Plaza, Suite 2050
 Houston, TX 77046
 Telephone: (713) 341-1158
 Facsimile: (713) 221-3732
 E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
1219 K STREET I, LLC

## CERTIFICATE OF SERVICE

On October 27, 2022, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

   */s/ Jeff Carruth*
 JEFF CARRUTH