**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re: K Street, LLC** | **Case No. 22-00198-ELG** |
| **Debtor(s).** | **Chapter 11** |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

a status hearing

on 12/14/2022 at 10:30 AM

via video conference - contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                              For the Court:
                                              Angela D. Caesar
                                              BY: AM

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court
District of Columbia

In re:     Case No. 22-00198-ELG
K Street, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Oct 27, 2022     Form ID: pdf001     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | K Street, LLC, 1219 K Street, NE, Suite 110, Washington, DC 20002-7161 |
| 764119 | + | 1219 K Street I, LLC, 18 E. 50th St., 10th Floor, New York, NY 10022-9108 |
| 764118 | + | 1219 K Street I, LLC, 46 Westchester Ave., Pound Ridge, NY 10576-2147 |
| 764121 | + | 1219 K Street II, LLC, 18 E. 50th St., 10th Floor, New York, NY 10022-9108 |
| 764120 | + | 1219 K Street II, LLC, 46 Westchester Ave., Pound Ridge, NY 10576-2147 |
| 764122 | + | 1219 K Street III, LLC, 18 E. 50th St., 10th Floor, New York, NY 10022-9108 |
| 764123 | + | 1219 K Street III, LLC, 46 Westchester Ave., Pound Ridge, NY 10576-2147 |
| 764124 | + | 1219 K Street IV, LLC, 18 E. 50th St., 10th Floor, New York, NY 10022-9108 |
| 764125 | + | 1219 K Street IV, LLC, 46 Westchester Ave., Pound Ridge, NY 10576-2147 |
| 764127 | + | 1219 K Street V, LLC, 18 E. 50th St., 10th Floor, New York, NY 10022-9108 |
| 764126 | + | 1219 K Street V, LLC, 46 Westchester Ave., Pound Ridge, NY 10576-2147 |
| 764128 | + | BBGM/Architects & Interiors P.C., c/o John P. Williams, Esq., 1010 Wisconsin Ave. ,NW, Suite 305, Washington, DC 20007-3680 |
| 764129 | + | Birchington LLC, Attn: George Nwanze, 4710 14th St., NW, Ste. 200, Washington, DC 20011-4315 |
| 764130 | + | Chenault Insurance, 329 Prince George St., Laurel, MD 20707-4325 |
| 764131 | + | DC Gov't Office of Tax & Revenue, PO Box 37559, Washington, DC 20013-7559 |
| 764132 | + | DC Gov't Office of Tax & Revenue, PO Box 75520, Washington, DC 20013-0520 |
| 764133 | + | DC Tax & Revenue: Property Tax, 1101 4th St., SW, Washington, DC 20024-4457 |
| 764135 | + | District Unemployment Compensation, 4058 Minnesota Ave., NE, Washington, DC 20019-3540 |
| 764136 | + | Habte Sequar, 1219 K St., NE, Suite 110, Washington, DC 20002-7161 |
| 764138 | + | Kenneth Welch, 910 M St., NW, Unit 1130, Washington, DC 20001-6337 |
| 764139 | + | Lima Hotels, LLC, Attn: George Nwanze, 4710 14th St., NW, Ste. 200, Washington, DC 20011-4315 |
| 764140 | + | McNamee Hosea, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 764141 | + | Office of Attorney General, 441 4th St., NW, 6th Floor, Washington, DC 20001-2714 |
| 764143 | + | Rechun He, 9615 Verveille Dr., Vienna, VA 22182-1455 |
| 764144 | + | Republic Services, 300 Ritchie Rd., Capitol Heights, MD 20743-3614 |
| 764146 | + | U.S. Attorney's Office, 555 4th St., NW, Washington, DC 20001-2733 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 764134 | | Email/Text: Credit.Collection@dcwater.com | Oct 27 2022 21:40:00 | DC Water, 1385 Canal Street NE, Washington, DC 20003 |
| 764137 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2022 21:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 764142 | + | Email/Text: Bankruptcy_General@pepco.com | Oct 27 2022 21:40:00 | Pepco, 701 9th St. NW, Washington, DC 20001-4572 |
| 764145 | + | Email/Text: secbankruptcy@sec.gov | Oct 27 2022 21:40:00 | U.S Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2001 |
| 764147 | ^ | MEBN | Oct 27 2022 21:35:25 | US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 764148 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 27 2022 21:40:00 | Wesbanco Bank, Inc., 1 Bank Plaza, Wheeling, |

WV 26003-3565

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Burns | on behalf of Debtor In Possession K Street LLC info@burnsbankruptcyfirm.com, pacerecfemails@gmail.com;2634@notices.nextchapterbk.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3