John D. Burns, Esquire
6303 Ivy Lane; STE 102
Greenbelt, MD 20770
301/441/8780
301/441/9472
info@burnsbankruptcyfirm.com

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

**In re:**                                              *

**K STREET, LLC**                              Case No. 22-00198-ELG
                                                        *     Chapter 11

    **Debtor**                              *

*     *     *     *     *     *     *     *     *     *     *     *     *

### ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR

UPON CONSIDERATION OF THE Application to Employ Counsel for the Debtor (the "Application") filed by K STREET, LLC (the "Debtor(s)") by and through John D. Burns, Esquire and The Burns Law Firm, LLC, with a verified statement pursuant to Fed. R. Bankr. P. 2014, and the Bankruptcy Court having reviewed same and found cause to grant the Application, it is HEREBY

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the employment of The Burns Law Firm, LLC by the Debtor herein is APPROVED; and it is further

ORDERED, that no compensation shall be paid to The Burns Law Firm, LLC

absent an Order approving same, however periodic retainers are authorized as set forth in the

Application and accompanying Verified Statement, disclosure of same being required as provided

for by Fed. R. Bankr. P. 2016(b) and Local Rule 2016-1(a).

I ASK FOR THIS:

                                      Respectfully Submitted,
                                      -------/S/ John D. Burns---------
 

                                      John D. Burns, Esquire
                                      The Burns LawFirm, LLC
                                      6303 Ivy Lane; Suite 102
                                      Greenbelt, Maryland 20770
                                      (301) 441-8780
                                      info@burnsbankruptcyfirm.com
                                      Counsel for the Debtor

Cc:    John D. Burns, Esquire
         The Burns Law Firm, LLC
         6303 Ivy Lane; Suite 102
         Greenbelt, Maryland 20770

sgoldberg@mhlawyers.com
cpalik@mhlawyers.com
Attorneys for WesBanco Bank

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

Jeff Carruth Counsel for K Street I, LLC (Ground Lessor)
**E-mail: jcarruth@wkpz.com**

All ECF Recipients

(Matrix of Parties in Interest)

**(END OF ORDER)**