```
Label Matrix for local noticing          K Street, LLC                              U. S. Trustee for Region Four
0090-1                                    1219 K Street, NE                          U. S. Trustee's Office
Case 22-00198-ELG                         Suite 110                                  1725 Duke Street
United States Bankruptcy Court for the Distri  Washington, DC 20002-7161             Suite 650
Washington, D.C.                                                                     Alexandria, VA 22314-3489
Thu Nov  3 19:30:08 EDT 2022

WesBanco Bank, Inc.                       Washington, D.C.                           1219 K Street I, LLC
c/o McNamee Hosea, PA                     E. Barrett Prettyman U. S. Courthouse      18 E. 50th St., 10th Floor
c/o McNamee Hosea et al.                  333 Constitution Ave, NW #1225             New York, NY 10022-9108
6411 Ivy Lane                             Washington, DC 20001-2802
Suite 200
Greenbelt, MD 20770-1405

1219 K Street I, LLC                      1219 K Street I, LLC                       1219 K Street II, LLC
46 Westchester Ave.                       c/o Jeff Carruth                           18 E. 50th St., 10th Floor
Pound Ridge, NY 10576-2147                Weycer, Kaplan, Pulaski & Zuber, P.C.      New York, NY 10022-9108
                                          24 Greenway Plaza, Suite 2050
                                          Houston, TX 77046-2445

1219 K Street II, LLC                     1219 K Street III, LLC                     1219 K Street III, LLC
46 Westchester Ave.                       18 E. 50th St., 10th Floor                 46 Westchester Ave.
Pound Ridge, NY 10576-2147                New York, NY 10022-9108                    Pound Ridge, NY 10576-2147


1219 K Street IV, LLC                     1219 K Street IV, LLC                      1219 K Street V, LLC
18 E. 50th St., 10th Floor                46 Westchester Ave.                        18 E. 50th St., 10th Floor
New York, NY 10022-9108                   Pound Ridge, NY 10576-2147                 New York, NY 10022-9108


1219 K Street V, LLC                      BBGM/Architects & Interiors P.C.           Birchington LLC
46 Westchester Ave.                       c/o John P. Williams, Esq.                 Attn:  George Nwanze
Pound Ridge, NY 10576-2147                1010 Wisconsin Ave. ,NW, Suite 305         4710 14th St., NW, Ste. 200
                                          Washington, DC 20007-3680                  Washington, DC 20011-4315


Chenault Insurance                        DC Gov't Office of Tax & Revenue           DC Gov't Office of Tax & Revenue
329 Prince George St.                     PO Box 37559                               PO Box 75520
Laurel, MD 20707-4325                     Washington, DC 20013-7559                  Washington, DC 20013-0520


DC Tax & Revenue:  Property Tax           DC Water                                   District Unemployment Compensation
1101 4th St., SW                          1385 Canal Street NE                       4058 Minnesota Ave., NE
Washington, DC 20024-4457                 Washington, DC 20003                       Washington, DC 20019-3540


Habte Sequar                              Internal Revenue Service                   Kenneth Welch
1219 K St., NE                            P.O. Box 7346                              910 M St., NW
Suite 110                                 Philadelphia, PA 19101-7346                Unit 1130
Washington, DC 20002-7161                                                            Washington, DC 20001-6337


Lima Hotels, LLC                          McNamee Hosea                              Office of Attorney General
Attn:  George Nwanze                      6411 Ivy Lane                              441 4th St., NW
4710 14th St., NW, Ste. 200               Suite 200                                  6th Floor
Washington, DC 20011-4315                 Greenbelt, MD 20770-1405                   Washington, DC 20001-2714
```

```
Pepco                                  Rechun He                              Republic Services
701 9th St. NW                         9615 Verveille Dr.                     300 Ritchie Rd.
Washington, DC 20001-4572              Vienna, VA 22182-1455                  Capitol Heights, MD 20743-3614



U.S Securities and Exchange Commission U.S. Attorney's Office                 US Department of Justice
100 F St NE                            555 4th St., NW                        950 Pennsylvania Ave NW
Washington, DC 20549-2001              Washington, DC 20001-2733              Washington, DC 20530-0009



Wesbanco Bank, Inc.                    John D. Burns
1 Bank Plaza                           The Burns Law Firm, LLC
Wheeling, WV 26003-3565                6303 Ivy Lane,
                                       Suite 102
                                       Greenbelt, MD 20770-6322
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)1219 K Street I, LLC                End of Label Matrix
                                       Mailable recipients   37
                                       Bypassed recipients    1
                                       Total                 38
```