UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: | ) |
| | ) |
| HABTE SEQUAR | ) Case No. 22-00198 |
| | ) (Chapter 11) |
| Debtor | ) |
| | ) |

### AFFIDAVIT OF HABTE SEQUAR

1.  My name is HABTE SEQUAR, and I am over the age of 18 years and otherwise competent to testify. I have personal knowledge of the facts herein.

2.  I am the 100% owner of K Street, LLC which is the sole owner of the improvements situated at 1219 K Street, NE, Washington DC 20002 (the "Property"), which is subject to a land lease.

3.  The Property appraised for $11,500,000.00 on August 16, 2022, and a copy of that appraisal is attached hereto as **Exhibit 1**. As the owner of the Property by virtue of my 100% interest in K Street, LLC, I believe and therefore attest the value of the Property to be $11,500,000.00 on the petition date.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 1, 2022         -------------/s/ HS-------------
                                HABTE SEQUAR

1