# REAL PROPERTY APPRAISAL REPORT

of

## MID-RISE APARTMENT BUILDING
The Havana
1219 K Street, NE
Washington, D.C. 20002
RPJ No. 22-437

### Date of Report

August 16, 2022

### Effective Date of Appraisal

July 27, 2022 "As Is"
April 27, 2023 Prospective

### Prepared For

Ms. Sandra J. D'Angelo
MainStreet Bank
10089 Fairfax Boulevard
Fairfax, Virginia 22030

### Prepared By

W. Scott Gudely, MAI
The Robert Paul Jones Company, LLC
11240 Waples Mill Road, Suite 203
Fairfax, VA 22030-6078
(703) 385-8556 and (703) 385-1978 (Fax)

## THE ROBERT PAUL JONES COMPANY, LLC
**11240 Waples Mill Road, Suite 203, Fairfax, Virginia 22030-607**
**(703) 385-8556/Fax: (703) 385-1978/email: scottgudely@rpjco.com**

August 16, 2022

Ms. Sandra J. D'Angelo
MainStreet Bank
10089 Fairfax Boulevard
Fairfax, Virginia 22030

Re: **MID-RISE APARTMENT BUILDING**
The Havana
1219 K Street, NE
Washington, D.C. 20002
RPJ No. 22-437

Dear Ms. D'Angelo:

In response to your request, The Robert Paul Jones Company, LLC has completed an appraisal of the captioned property. The subject property is an existing 49-unit apartment building that is currently 75.5 percent occupied. The purpose of this appraisal is to provide the appraisers' best estimate of the "as is" market value of the subject property as of July 27, 2022, the date of last inspection and effective date of appraisal. We also estimated the prospective market value under the extraordinary assumption that the property is leased and stabilized, estimated to be April 27, 2023. Please note that the subject is currently encumbered by a ground lease, and the borrower owns the Sandwich Leasehold Estate interest between the owner of the ground and the apartment tenants.

Attached is a Real Property Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the *Uniform Standards of Professional Appraisal Practice 2020-2022* (USPAP) for an Appraisal Report. As such, it presents only summary discussions of the data, reasoning and analysis that were used in the appraisal process to develop our opinion of value. Supporting documentation concerning the data, reasoning and analyses is retained in our office files. The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated herein.

The value conclusion is subject to the definitions, certifications, assumptions and limiting conditions included in the attached Real Property Appraisal Report. The report is a brief recapitulation of the appraisers' data, analyses, and conclusions. To report the appraisal's data, reasoning, and analyses, this Appraisal Report was prepared in compliance with reporting requirements set forth under Standards Rule 2-2(a) of the USPAP 2020-2022, and in conformance with the Financial Institutions, Reform, Recovery and Enforcement Act of 1989 (FIRREA), Title XI Regulations (and amendments). The report also meets the Standards of Professional Practice and Code of Professional Ethics of the Appraisal Institute.



W. Scott Gudely, MAI

Real Estate Appraisals/Feasibility
Analysis/Consultation

Ms. D'Angelo
August 16, 2022
Page Two

Based on our study and analysis and subject to the contingent and limiting conditions contained herein, it is our opinion that the "as is" sandwich leasehold market value, as of July 27, 2022, is

**ELEVEN MILLION TWO HUNDRED EIGHTY THOUSAND DOLLARS ($11,280,000).**

It is also our opinion that the prospective sandwich leasehold market value, assuming that the property is leased and stabilized, as of April 27, 2023, is

**ELEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($11,500,000).**

The values reflect exposure and marketing periods of 12 months or less, for the subject property.

The Appraisal Institute conducts a voluntary program of continuing education for its designated members. MAIs and SRAs who meet the minimum standards of this program are awarded periodic educational certification. As of the date of this appraisal, W. Scott Gudely, MAI, has completed the requirements under the continuing education program of the Appraisal Institute.

We appreciate the opportunity to assist you with your appraisal needs.

Respectfully submitted,

*(signature)*

W. Scott Gudely, MAI
President
DC Certification No. GA12122

Case 22-00198-ELG   Doc 19-3   Filed 11/04/22   Entered 11/04/22 21:07:08   Desc
Exhibit D - Appraisal In Support of Affidavit of Value   Page 4 of 4

1

**SUMMARY OF SALIENT FACTS AND CONCLUSIONS:**

| | |
|---|---|
| Subject: | The Havana<br>Mid-Rise Apartment Building<br>1219 K Street, NE<br>Washington, DC 20002 |
| Square/Lot No.: | 1002/0122 |
| Ownership: | 1219 K Street I-V, LLC – Land Owner<br>K Street, LLC – Improvements Owner/Borrower |
| Zoning: | MU-4, Mixed Use |
| Land: | 12,899 Sq. Ft. (Leased Land) |
| Improvements: | The lot is improved with a free-standing, five-story apartment building with a total of 49 residential units and was recently constructed in 2018. The subject is in below-average condition for its age. |
| Purpose of the Appraisal: | Provide the appraisers' best estimate of the market value of the property in "as is" condition as of July 27, 2022. We also estimated the prospective market value assuming that the property is leased and stabilized, estimated to be April 27, 2023. |
| Inspection Date: | July 27, 2022 |
| Highest and Best Use: | "As If Vacant" - Development with an apartment to the greatest feasible density.<br><br>"As Improved" – Continued use as apartments. |
| Value Indication: | $11,280,000 "As Is" – Sandwich Leasehold<br><br>$11,500,000 "Upon Stabilization" – Sandwich Leasehold |
| Exposure Period: | Twelve months or less at the property's market value/price level, representing the most probable price in cash or cash-equivalent terms. |
| Comments: | On the date of inspection, the property was encumbered by a ground lease. The borrower is the lessor of the improvements at the subject and the lessee of the land at the subject. As such, the borrower is entitled to any potential rent from the improvements at the subject, while being obligated to pay rent for the land at the subject parcel. This type of ownership is known as a Sandwich Leasehold Estate. |