## *The Havana Apartments*
### *90 Day (10/25/2022 - 01/22/23 Operating Income & Expense Budget*
### *1219 K Street NE Washington DC 20002*

|  | Code | 1 St Month | 2nd Month | 3rd Month |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| Rents | | **51,938** | 70,431 | 90,997 |
| **OPERATING EXPENSES** | | | | |
| **UTILITY EXPENSES** | | | | |
| Water & Sewer | | 8,000 | 8,000 | 8,000 |
| Electricity | **5404** | 2,400 | 1,200 | 1,200 |
| Phone | | 150 | 150 | 150 |
| **TOTAL UTILITY EXPENSES** | | **10,550** | **9,350** | **9,350** |
| **SERVICES/MAINTENANCE** | | | | |
| General Maintenance | 5104 | 1,500 | 3,000 | 3,000 |
| Plumbing | 5108 | - | | |
| Electrical/Lighting/Generator | 5116 | - | | |
| Paint and Plaster | 5126 | - | | |
| Lock and Key Repair | 5116 | - | | |
| Building Material and Supplies | 5128 | - | | |
| **TOTAL SERVICES** | | **1,500** | **3,000** | **3,000** |
| **SERVICES/MAINT/CONTRACT** | | | | |
| Exterminating | 5031 | - | | |
| Landscaping | 5033 | 400 | 400 | 400 |
| Snow Removal | 5034 | - | | |
| Janitorial | 5035 | 600 | 600 | 600 |
| Trash Removal | 5036 | 637 | 637 | 637 |
| Security Front Door Monitoring | 50391 | - | 2,500 | 2,500 |
| Parking Maint/Repair | 5118 | - | | |
| **TOTAL CONTRACT SERVICES** | | **1,637** | **4,137** | **4,137** |
| **TAXES, INSURANCE, FEES** | | | | |
| Ground Lease | | 31,667 | 31,667 | 31,667 |
| Management Fee | 5000 | 4,083 | 4,083 | 4,083 |
| Bank Fee | 5650 | - | | |
| Insurance | 5304 | 1,833 | 1,833 | 1,833 |
| Property Taxes | 5301 | - | | |
| **TOTAL TAXES, INSURANCE, FEES** | | **37,583** | **37,583** | **37,583** |
| **ADMINISTRATION, MARKETING** | | | | |
| Marketing and Advertising | 5810 | - | | |
| Dues & Subscription/Miss Admin | 5803 | - | | |
| Legal Fees | 5802 | - | 3,000 | 3,000 |
| **TOTAL ADMINISTRATION, MARKETING** | | **-** | | |
| **TOTAL OPERATING EXPENSES** | | **51,270** | **54,070** | **54,070** |
| **NOI** | | **668** | **16,361** | **36,927** |
| **OCCUPANCY RATE:** | | **61%** | **75%** | **86%** |