John D. Burns, Esquire
6303 Ivy Lane; STE 102
Greenbelt, MD 20770
301/441/8780
301/441/9472
info@burnsbankruptcyfirm.com

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

**In re:**

                                                                    *

**K STREET, LLC**                               Case No.  22-00198-ELG
                                                *       Chapter 11

**Debtor**                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT; RE MOTION FOR ENTRY OF ORDER AUTHORIZING THE USE OF CASH COLLATERAL**
<u>**(21 DAY NOTICE; 12/01/22 AT 10:00AM HRG**</u>**)**

**PLEASE TAKE NOTICE** that K Street, LLC ("Debtor"), has filed its the Motion for an Order Authorizing The Use of Cash Collateral (the "Motion"); and

<u>Your rights may be affected</u>. You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).   A copy of the Motion is being sent with this notice**.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Application **then on or before November 25, 2022 (plus three days added for mail),** you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy

1

Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. You must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

> John D. Burns, Esquire
> The Burns Law Firm, LLC
> 6303 Ivy Lane; STE 102
> Greenbelt, MD 20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief. The Court may grant the Application without a hearing if the objection filed states inadequate grounds for denial of the relief sought in the Application.

**NOTICE OF HEARING.** A hearing on the Application has been scheduled before the Elizabeth L. Gunn., United States Bankruptcy Judge, for **December 1, 2022 at 10:00 a.m. EST.** The Hearing will be conducted in the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 by Zoom. To the extent the matter will be conducted virtually, parties may contact the following: Aimee_Mathewes@dcb.uscourt.gov for Zoom access codes.

**Date of Notice: November 4, 2022**

                    Respectfully Submitted,

                    --------/S/ John D. Burns--------------
                    _____
                    John D. Burns, Esquire (#464194)
                    The Burns LawFirm, LLC
                    6303 Ivy Lane; Suite 102
                    Greenbelt, Maryland 20770
                    (301) 441-8780
                    Counsel for Debtor
                    info@burnsbankruptcyfirm.com