| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 22-00198-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Nov  3 19:30:08 EDT 2022 | K Street, LLC<br>1219 K Street, NE<br>Suite 110<br>Washington, DC 20002-7161 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| WesBanco Bank, Inc.<br>c/o McNamee Hosea, PA<br>c/o McNamee Hosea et al.<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770-1405 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | 1219 K Street I, LLC<br>18 E. 50th St., 10th Floor<br>New York, NY 10022-9108 |
| 1219 K Street I, LLC<br>46 Westchester Ave.<br>Pound Ridge, NY 10576-2147 | 1219 K Street I, LLC<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046-2445 | 1219 K Street II, LLC<br>18 E. 50th St., 10th Floor<br>New York, NY 10022-9108 |
| 1219 K Street II, LLC<br>46 Westchester Ave.<br>Pound Ridge, NY 10576-2147 | 1219 K Street III, LLC<br>18 E. 50th St., 10th Floor<br>New York, NY 10022-9108 | 1219 K Street III, LLC<br>46 Westchester Ave.<br>Pound Ridge, NY 10576-2147 |
| 1219 K Street IV, LLC<br>18 E. 50th St., 10th Floor<br>New York, NY 10022-9108 | 1219 K Street IV, LLC<br>46 Westchester Ave.<br>Pound Ridge, NY 10576-2147 | 1219 K Street V, LLC<br>18 E. 50th St., 10th Floor<br>New York, NY 10022-9108 |
| 1219 K Street V, LLC<br>46 Westchester Ave.<br>Pound Ridge, NY 10576-2147 | BBGM/Architects & Interiors P.C.<br>c/o John P. Williams, Esq.<br>1010 Wisconsin Ave. ,NW, Suite 305<br>Washington, DC 20007-3680 | Birchington LLC<br>Attn:  George Nwanze<br>4710 14th St., NW, Ste. 200<br>Washington, DC 20011-4315 |
| Chenault Insurance<br>329 Prince George St.<br>Laurel, MD 20707-4325 | DC Gov't Office of Tax & Revenue<br>PO Box 37559<br>Washington, DC 20013-7559 | DC Gov't Office of Tax & Revenue<br>PO Box 75520<br>Washington, DC 20013-0520 |
| DC Tax & Revenue:  Property Tax<br>1101 4th St., SW<br>Washington, DC 20024-4457 | DC Water<br>1385 Canal Street NE<br>Washington, DC 20003 | District Unemployment Compensation<br>4058 Minnesota Ave., NE<br>Washington, DC 20019-3540 |
| Habte Sequar<br>1219 K St., NE<br>Suite 110<br>Washington, DC 20002-7161 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kenneth Welch<br>910 M St., NW<br>Unit 1130<br>Washington, DC 20001-6337 |
| Lima Hotels, LLC<br>Attn:  George Nwanze<br>4710 14th St., NW, Ste. 200<br>Washington, DC 20011-4315 | McNamee Hosea<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770-1405 | Office of Attorney General<br>441 4th St., NW<br>6th Floor<br>Washington, DC 20001-2714 |

| | | |
|---|---|---|
| Pepco<br>701 9th St. NW<br>Washington, DC 20001-4572 | Rechum Ha<br>9615 Verveille Dr.<br>Vienna, VA 22182-1455 | Republic Services<br>300 Ritchie Rd.<br>Capitol Heights, MD 20743-3614 |
| U.S Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549-2001 | U.S. Attorney's Office<br>555 4th St., NW<br>Washington, DC 20001-2733 | US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |
| Wesbanco Bank, Inc.<br>1 Bank Plaza<br>Wheeling, WV 26003-3565 | John D. Burns<br>The Burns Law Firm, LLC<br>6303 Ivy Lane,<br>Suite 102<br>Greenbelt, MD 20770-6322 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1219 K Street I, LLC

End of Label Matrix
Mailable recipients   37
Bypassed recipients    1
Total                 38