John D. Burns, Esquire
6303 Ivy Lane; STE 102
Greenbelt, MD 20770
301/441/8780
301/441/9472
info@burnsbankruptcyfirm.com

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

**In re:**                                                *

**K STREET, LLC**                            Case No.  22-00198-ELG
                                                              *    Chapter 11

   **Debtor**                                         *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### MOTION TO EXTEND TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER RELATED DOCUMENTS FOR 14 DAYS (AND NOTICE OF OPPORTUNITY TO OBJECT 14 DAYS)

**K STREET, LLC** (the "Debtor"), hereby files this Motion to Extend Time for Filing Schedules, SOFA and Other Documents (the "Motion"), and in support thereof, states as follows:

### JURISDICTION:

1.    This Court has jurisdiction over this contested matter pursuant to 28 U.S.C.§§ 1334(b) and 157(b).  The Motion is a core proceeding pursuant to 28 U.S.C § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The Debtor consents to the entry of final orders by this Bankruptcy Court.

### FACTUAL AVERMENTS:

2.    On October 25, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code.  The Debtor continues in

possession of its properties and the management of its business as a Debtor-in-Possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. The Debtor serves as trustee in this Chapter 11 case. The Debtor is a District of Columbia limited liability company, with its principal place of business located at 1219 K Street, NE; Washington DC 20002 (the "Property") also known colloquially as the "Havana Apartments". The Debtor conducts business from the Property Suite 110 therein. The business is residential leasing.

4. This is a single asset Chapter 11 case and the Debtor's principal, Mr. Habte Sequar, has been challenged in providing customary documentation that will aid the undersigned in the completion of the Schedules/SOFA. Information such as transfers within the relevant periods and lien information on other creditors except Wesbanco Bank, Inc., has been a bit delayed in arriving at the undersigned's office.

5. Given that there is an open Rule 2004(b) Motion pending, and necessary steps for the Debtor to comply with that as well as Schedules/SOFA information under oath, the process has involved several planned meetings with Mr. Sequar, including today. Mr. Sequar for reasons likely of inadvertence failed to appear today and has not returned several calls. Thus, this Motion is both necessary and appropriate to ensure that the best information possible will be forthcoming in the Schedules/SOFA when filed.

6. Fed. R. Bankr. P. 1007(c) requires that the Schedules and Statements, and advices of payment and statement of current monthly income, be filed within 14 days from the Petition Date. However, with regard to the Debtor's obligations under Fed. R. Bankr. P. 1007(c), an extension of time for the filing of the schedules and statements, and "other documents" may be granted by the Court pursuant to Fed. R. Bankr. P. 9006(b) on motion for cause shown within the

time permitted under the Code.

       5       The Debtor believes and avers that cause has been shown to extend the time for filing its Schedules, Statements and other documents for an additional period of fourteen days from the due date of November 8, 2022 through Friday November 22, 2022.

       6.       The Schedules/SOFA and Plan process is one of great care in this practice and the Debtor's face to face meetings with the Firm are important as is a line by line review once the data entry has been completed from Debtor's source materials. This does not guaranty total accuracy when dealing with Debtor's submissions from their records and other sources, but it eliminates often much of the need for rolling amendments going forward. The Firm attempts in good faith to file complete and accurate Schedules/SOFA.

       7.       Pursuant to Local Rule 1007-1, the Debtor herein has filed for an extension which will expire earlier than seven (7) days prior to the Section 341 meeting which is set on December 1, 2022. Good cause exists for the Motion pursuant to Rule 9006(b). The Motion relies solely upon the grounds and bases set forth in the Motion for relief prayed.

WHEREFORE, the Movant respectfully requests that this Court enter an Order:

(i)   Granting the Motion, and

(ii)  Extending the time for filing Schedules, SOFA Plan and other documents by the Debtor through November 22, 2022; and

(iii) Granting such other further relief as equity and justice may require.

I ask for this:

                      Respectfully Submitted,

                      /s/ John D. Burns, Esquire #22777
                      John D. Burns, Esquire (#22777)
                      The Burns LawFirm, LLC
                      6303 Ivy Lane; Suite 102
                      Greenbelt, Maryland 20770
                      (301) 441-8780
                      *info@burnsbankruptcyfirm.com*
                      Counsel for the Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November, 2022, a copy of the foregoing Motion, Fourteen Day Notice of Opportunity to Object, and Order was served via first-class mail, postage prepaid, or by ECF on registered users, or by other means, upon:

**SERVICE VIA ECF:**
cpalik@mhlawyers.com
sgoldberg@mhlawyers.com
Attorneys for WesBanco Bank

Jeff Carruth Counsel for K Street I, LLC (Ground Lessor)
**E-mail: jcarruth@wkpz.com**

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All ECF Recipients

**VIA MAIL:**
(And the Attached Matrix of Parties in Interest)

                            --------------/S/ John D. Burns--------------
                            _____
                            John D. Burns