John D. Burns, Esquire
6303 Ivy Lane; STE 102
Greenbelt, MD 20770
301/441/8780
301/441/9472
info@burnsbankruptcyfirm.com

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

**In re:**                                                  *

**K STREET, LLC**                           Case No. 22-00198-ELG
                                                            *    Chapter 11

   **Debtor**                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF OPPORTUNITY TO OBJECT AND TO REQUEST A HEARING
## (14 DAY NOTICE)

PLEASE TAKE NOTICE that K STREET, LLC (the "Debtor"), has filed its Motion to Extend Time For Filing of Schedules/SOFA and Other Documents (the "Motion"). Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). A copy of the Application is being sent with this notice. If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application then on or before November 21, 2022 (with three days added for mailing), you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. You must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

John D. Burns, Esquire
The Burns Law Firm, LLC
6303 Ivy Lane; STE 102
Greenbelt, MD 20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief. The Court may grant the Application without a hearing if the objection filed states inadequate grounds for

denial of the relief sought in the Application.

Dated: November 7, 2022

    Respectfully Submitted,
    -------/S/ John D. Burns---------

    _____
    John D. Burns, Esquire
    The Burns LawFirm, LLC
    6303 Ivy Lane; Suite 102
    Greenbelt, Maryland 20770
    (301) 441-8780
    info@burnsbankruptcyfirm.com
    Counsel for the Debtor

# **CERTIFICATE OF SERVICE**

        I hereby certify that on this 7th day of November, 2022, a copy of the foregoing Notice of Opportunity to Object and To Request a Hearing was served via first-class mail, postage prepaid, or by ECF, upon:

**VIA ECF:**
sgoldberg@mhlawyers.com
cpalik@mhlawyers.com
Attorneys for WesBanco Bank

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

Jeff Carruth Counsel for K Street I, LLC (Ground Lessor)
**E-mail: jcarruth@wkpz.com**

All ECF Recipients

**VIA MAIL:**
(And the Attached Matrix of Parties in Interest)

                                            -----/S/ John D. Burns---------
                                            _____
                                            John D. Burns