John D. Burns, Esquire
6303 Ivy Lane; STE 102
Greenbelt, MD 20770
301/441/8780
301/441/9472
info@burnsbankruptcyfirm.com

# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

**K STREET, LLC**     *     Case No. 22-00198-ELG
                     *     Chapter 11

    **Debtor**     *

*  *  *  *  *  *  *  *  *  *  *  *  *

**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER RELATED DOCUMENTS FOR 14 DAYS**

UPON CONSIDERATION OF THE Motion to Extend Time for Filing Schedules, SOFA and Other Documents (the "Motion"), filed by **K STREET, LLC** (the "Debtor"), after notice and an opportunity to object, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the time for Schedules/SOFA to be filed is EXTENDED to November 22, 2022; and it is further

ORDERED, that upon filing, ECF stamped versions of each shall be emailed by

counsel for the Debtor to the United States Trustee.

I ask for this:

        Respectfully Submitted,

        /s/ John D. Burns, Esquire
        John D. Burns, Esquire
        The Burns LawFirm, LLC
        6303 Ivy Lane; Suite 102
        Greenbelt, Maryland 20770
        (301) 441-8780
        *info@burnsbankruptcyfirm.com*
        Counsel for the Debtor

cc:

John D. Burns, Esquire
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770

cpalik@mhlawyers.com
sgoldberg@mhlawyers.com
Attorneys for WesBanco Bank

Jeff Carruth Counsel for K Street I, LLC (Ground Lessor)
**E-mail: jcarruth@wkpz.com**

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All ECF Recipients

(Matrix of Parties in Interest)

**(END OF ORDER)**