## Alper, Nancy (OAG)

| | |
|---|---|
| **From:** | Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov> |
| **Sent:** | Monday, November 7, 2022 3:03 PM |
| **To:** | Info Burns Law Firm; Alper, Nancy (OAG); Craig M. Palik (CPalik@MHLawyers.com); Eustis, Kristen S. (USTP) |
| **Cc:** | David Tabakin |
| **Subject:** | K Street, LLC - hearing information for 11/9 |
| **Attachments:** | zoom codes.pdf |

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good afternoon,

I just wanted to make sure all the parties had the Zoom information for the hearing scheduled in this case on Wednesday at 10:00 AM – please find the meeting information attached.

Mr. Burns, I don't believe you've participated in one of our Zoom hearings recently, so I wanted to remind you that the Court does expect the debtor designee to be present at the hearing, per our General Order 2021-05.

If anyone has any questions, please let me know.

Thank you,

Aimee Mathewes Lee
Courtroom Deputy
United States Bankruptcy Court
for the District of Columbia
(202) 354-3178
aimee_mathewes@dcb.uscourts.gov

1