**Fill in this information to identify the case:**

Debtor name _____ K Street, LLC _____

United States Bankruptcy Court for the: __District of Columbia__
                                                          (State)

Case number (If known): ___22-00198_____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ..................................................    $ __11,500,000.00__

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................    $ _____2,622.99__

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ..................................................    $ __11,502,622.99__

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................    $ __6,909,987.26__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................    $ _____0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................    +$ __3,029,728.84__

4. **Total liabilities** ...............................................................................................................    $ __9,939,716.10__
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___K Street, LLC___

United States Bankruptcy Court for the: ___District of Columbia___

Case number (If known): ___22-00198___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Capital One Bank | Checking | 0  3  1  1 | $ 622.99 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____   $ _____
4.2. _____   $ _____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 622.99

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____   $ _____
7.2. _____   $ _____

Debtor    K Street, LLC
_____    Case number (if known)_22-00198_____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                             % of ownership:

15.1. _____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor      K Street, LLC                                                    22-00198
            _____                    _____
            Name                                                 Case number (if known)

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor   K Street, LLC

Name

Case number *(if known)*  22-00198

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>Desk, chair, computer, printer and filing cabinet | $ 2,000.00 | _____ | $ 2,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    K Street, LLC
_____
Name

Case number *(if known)* 22-00198

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known) _____22-00198_____
      K Street, LLC
      Name

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1219 K Street, Washington DC 20002 | Fee simple interest in building; revisory interest in the land | $ 11,500,000.00 | Appraisal; See attachme | $ 11,500,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 11,500,000.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

---

Debtor  K Street, LLC
        Name

Case number (if known) 22-00198

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡  $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____                Tax year _____  $_____
_____                Tax year _____  $_____
_____                Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                                   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                   $_____

Nature of claim         _____

Amount requested        $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claims for damages for violation of law                     $ Unknown

Nature of claim         Unknown at this time

Amount requested        $ 0.00

76. **Trusts, equitable or future interests in property**

_____                                   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Unpaid Rents owed as of Petition Date                       $ Unknown

_____                                   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.              $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  K Street, LLC
Name

Case number *(if known)* 22-00198

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 622.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➔ | | $ 11,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 2,622.99 | + 91b. $ 11,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 11,502,622.99 ..................................   $ 11,502,622.99

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | K Street, LLC |
| United States Bankruptcy Court for the: | District of Columbia |
| Case number (If known): | 22-00198 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**
Creditor's name
District of Columbia Dept. of Public Works

Describe debtor's property that is subject to a lien
1219 K Street, Washington DC 20002

Column A: $ Undetermined
Column B: $ 11,500,000.00

Creditor's mailing address
2000 14th St., NW
#500, Washington, DC 20009

Describe the lien
Notice of Violation Fines

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,
Wesbanco Bank, Inc., 1st; Rechun He, 2nd;  & 3rd; Office of Tax & Revenue 4th; DC Pub Works 5th;

**2.2**
Creditor's name
Office of Tax and Revenue

Describe debtor's property that is subject to a lien
1219 K Street, Washington DC 20002

Column A: $58,944.53
Column B: $11,500,000.00

Creditor's mailing address
Real Property Tax Administration
PO Box 98095, Washington, DC 20090

Describe the lien
Real Property Taxes

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number    1201

Is anyone else liable on this claim?
☑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,909,987.26

Debtor   K Street, LLC _____   Case number (if known) __22-00198__
Name

| Part 1: | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Rechun He
_____

Creditor's mailing address

9615 Verveille Dr.
Vienna, VA 22182
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
1219 K Street, Washington DC 20002

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$200,000.00   $11,500,000.00

**2.4** Creditor's name
Rechun He
_____

Creditor's mailing address

9615 Verveille Dr.
Vienna, VA 22182
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
1219 K Street, Washington DC 20002

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$200,000.00   $11,500,000.00

Debtor    K Street, LLC
          Name                                              22-00198
                                          Case number *(if known)*

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | *Amount of claim* | *Value of collateral that supports this claim* |
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Wesbanco Bank, Inc.

Describe debtor's property that is subject to a lien

1219 K Street, Washington DC 20002

$6,451,042.73          $11,500,000.00

**Creditor's mailing address**

1 Bank Plaza
Wheeling, WV 26003

**Creditor's email address, if known**

**Date debt was incurred** _____

Describe the lien

**Last 4 digits of account number** 8952

Agreement you made, Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines 2.1

---

**2.___** Creditor's name

Describe debtor's property that is subject to a lien

$_____          $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

Describe the lien

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor  K Street, LLC
_____
 Name

Case number (if known) 22-00198
_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| McNamee Hosea<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD, 20770 | Line 2. _5_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | K Street, LLC |
| United States Bankruptcy Court for the: | District of Columbia |
| Case number (if known) | 22-00198 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Priority amount $_____

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Priority amount $_____

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Priority amount $_____

Debtor  K Street LLC
        _____     Case number (if known)  22-00198
        Name

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alani Wilson<br>1219 K St, NE<br>Unit 301<br>Washington, DC, 20002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Landlord/tenant related; subject to statute of limitations | $ _Unknown_ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Albert Montgomery<br>1219 K St, NE<br>Unit 307<br>Washington, DC, 20002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Landlord/tenant related; subject to statute of limitations | $ _Unknown_ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Anthony Swann<br>1219 K Street, NE<br>Unit 104<br>Washington, DC, 20002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Landlord/tenant related; subject to statute of limitations | $ _Unknown_ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Arthur Simpson<br>1219 K St, NE<br>Unit 309<br>Washington, DC, 20002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Landlord/tenant related; subject to statute of limitations | $ _Unknown_ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>BBGM/Architects & Interiors P.C.<br>c/o John P. Williams, Esq.<br>1010 Wisconsin Ave. ,NW, Suite 305<br>Washington, DC, 20007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Archectectual fee | $ 66,943.84 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Brittany Johnson<br>1219 K St, NE<br>Unit 206<br>Washington, DC, 20002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Landlord/tenant related; subject to statute of limitati | $ _Unknown_ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor _____K Street LLC_____ Case number *(if known)*___22-00198____

Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**

Chenault Insurance
329 Prince George St.
Laurel, MD, 20707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,785.00

**Basis for the claim:** Liability and property insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Darnell Edwards
1219 K St, NE
Unit 203
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

David Cobb
1219 K St, NE
Unit 306
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

DC Water
1385 Canal Street NE
Washington, DC, 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,000.00

**Basis for the claim:** Water bill; balance due is estimated

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Deshawn Carter
1219 K St, NE
Unit 105
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | K Street LLC | Case number (if known) | 22-00198 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**  Nonpriority creditor's name and mailing address

Dione Adams
1219 K St, NE
Unit 405
Washington, DC, 20002

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Landlord/tenant related; subject to statute of limitations

$ __Unknown__

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.13**  Nonpriority creditor's name and mailing address

Dovette Little
1219 K St, NE
Unit 108
Washington, DC, 20002

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Landlord/tenant related; subject to statute of limitations

$ __Unknown__

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.14**  Nonpriority creditor's name and mailing address

Ebony Collier
1219 K St, NE
Unit 305
Washington, DC, 20002

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Landlord/tenant related; subject to statute of limitations

$ __Unknown__

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.15**  Nonpriority creditor's name and mailing address

Emmett Jackson
1219 K St, NE
Unit 209
Washington, DC, 20002

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Landlord/tenant related; subject to statute of limitations

$ __Unknown__

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.16**  Nonpriority creditor's name and mailing address

Esifanos Habtemariam
1219 K St, NE
Unit 407
Washington, DC, 20002

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Landlord/tenant related; subject to statute of limitations

$ __Unknown__

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

Debtor   K Street LLC
         _____
         Name

Case number *(if known)*   22-00198

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17** **Nonpriority creditor's name and mailing address**

Gregory Pass
1219 K St, NE
Unit 304
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3. 18** **Nonpriority creditor's name and mailing address**

James Brown
1219 K St, NE
Unit 207
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3. 19** **Nonpriority creditor's name and mailing address**

Jasmine Council
1219 K St, NE
Unit 310
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3. 20** **Nonpriority creditor's name and mailing address**

Joseph Roberts
1219 K St, NE
Unit 404
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3. 21** **Nonpriority creditor's name and mailing address**

Kenneth Welch
910 M St., NW
Unit 1130
Washington, DC, 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __2,900,000.00__

**Basis for the claim:** Business Loan, subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | K Street LLC | Case number *(if known)* | 22-00198 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Keshawn Randolph
1219 K St, NE
Unit 402
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23  Nonpriority creditor's name and mailing address**

Kevin Logan
1219 K St, NE
Unit 107
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24  Nonpriority creditor's name and mailing address**

Khalid Muhammad
1219 K St, NE
Unit 410
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25  Nonpriority creditor's name and mailing address**

Lamont Turner
1219 K St, NE
Unit 103
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26  Nonpriority creditor's name and mailing address**

Larry Jackson
1219 K St, NE
Unit 406
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____K Street LLC_____    Case number _(if known)_ __22-00198__
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27** | **Nonpriority creditor's name and mailing address**

Mercedes Minger
1219 K St, NE
Unit 408
Washington, DC, 20002

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.28** | **Nonpriority creditor's name and mailing address**

Patricia Lee
1219 K St, NE
Unit 208
Washington, DC, 20002

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Unknown_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.29** | **Nonpriority creditor's name and mailing address**

Pepco
701 9th St. NW
Washington, DC, 20068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 26,000.00_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.30** | **Nonpriority creditor's name and mailing address**

Renee Caples
1219 K St, NE
Unit 204
Washington, DC, 20002

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

$ _Undetermined_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.31** | **Nonpriority creditor's name and mailing address**

Republic Services
300 Ritchie Rd.
Capitol Heights, MD, 20743

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Trash collection; subject to statute of limitations

$ 0.00_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | K Street LLC | Case number *(if known)* | 22-00198 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.32** **Nonpriority creditor's name and mailing address**

Rosa Kegler
1219 K St, NE
Unit 210
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ ___Unknown___

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

Shawnole Turner
1219 K St, NE
Unit 302
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ ___Unknown___

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

Victor Garcia
1219 K St, NE
Unit 409
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ ___Unknown___

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

William Wise
1219 K St, NE
Unit 403
Washington, DC, 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ ___Unknown___

**Basis for the claim:** Landlord/tenant related; subject to statute of limitations

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____    Case number _(if known)_ _22-00198_
          First Street LLC
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,029,728.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,029,728.84 |

**Fill in this information to identify the case:**

Debtor name __K Street, LLC__

United States Bankruptcy Court for the: __District of Columbia__

Case number (If known): __22-00198__        Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Ground lease agreement<br>Lessee | Woodbranch Havana LLC assigned to 1219 K Street I, LLC et al.<br>46 Westchester Ave.<br>Pound Ridge, NY, 10576 |
| | State the term remaining<br><br>List the contract number of any government contract | 95 years | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessor | Lamont Turner<br>1219 K Street, NE<br>Unit 103<br>Washington, DC, 20002 |
| | State the term remaining<br><br>List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessor | Arthur Simpson<br>1219 K St, NE<br>Unit 309<br>Washington, DC, 20002 |
| | State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessor | Anthony Swann<br>1219 K St, NE<br>Unit 104<br>Washington, DC, 20002 |
| | State the term remaining<br><br>List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessor | Deshawn Carter<br>1219 K St, NE<br>Unit 105<br>Washington, DC, 20002 |
| | State the term remaining<br><br>List the contract number of any government contract | | |

| Debtor | K Street, LLC | Case number (if known) | 22-00198 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Kevin Logan 1219 K St, NE Unit 107 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Dovette Little 1219 K St, NE Unit 108 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Patricia Lee 1219 K St, NE Unit 208 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Darnell Edwards 1219 K St, NE Unit 203 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Estifanos Habtemariam 1219 K St, NE Unit 407 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Renee Caples 1219 K St, NE Unit 204 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessor | Brittany Johnson 1219 K St, NE Unit 206 Washington, DC, 20002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | K Street, LLC | Case number (if known) | 22-00198 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Lease<br>Lessor | Shawnole Turner<br>1219 K St, NE<br>Unit 302<br>Washington, DC, 20002 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | James Brown<br>1219 K St, NE<br>Unit 207<br>Washington, DC, 20002 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | Gregory Pass<br>1219 K St, NE<br>Unit 304<br>Washington, DC, 20002 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | Emmett Jackson<br>1219 K St, NE<br>Unit 209<br>Washington, DC, 20002 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | Rosa Kegler<br>1219 K St, NE<br>Unit 210<br>Washington, DC, 20002 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | Alani Wilson<br>1219 K St, NE<br>Unit 301<br>Washington, DC, 20002 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease<br>Lessor | Ebony Collier<br>1219 K St, NE<br>Unit 305<br>Washington, DC, 20002 |

| Debtor | K Street, LLC | Case number (*if known*) | 22-00198 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | David Cobb<br>1219 K St, NE<br>Unit 306<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | Albert Montgomery<br>1219 K St, NE<br>Unit 307<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | Jasmine Council<br>1219 K St, NE<br>Unit 310<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | Keshawn Randolph<br>1219 K St, NE<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | William Wise<br>1219 K St, NE<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | Joseph Roberts<br>1219 K St, NE<br>Unit 404<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessor | Mercedes Minger<br>1219 K St, NE<br>Unit 408<br>Washington, DC, 20002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | K Street, LLC | Case number *(if known)* | 22-00198 |
|--------|---------------|--------------------------|----------|
|        | Name          |                          |          |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Lease<br>Lessor | Dione Adams<br>1219 K St, NE<br>Unit 405<br>Washington, DC, 20002 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease<br>Lessor | Larry Jackson<br>1219 K St, NE<br>Unit 406<br>Washington, DC, 20002 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease<br>Lessor | Victor Garcia<br>1219 K St, NE<br>Unit 409<br>Washington, DC, 20002 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease<br>Lessor | Khalid Muhammad<br>1219 K St, NE<br>Unit 410<br>Washington, DC, 20002 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    K Street, LLC

United States Bankruptcy Court for the:    District of Columbia

Case number (If known):    22-00198

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Birchington LLC | Birchington LLC Attn: George Nwanze 4710 14th St., NW, Ste. 200 Washington, DC 20011 | BBGM/Architects & Interiors P.C. | ☐ D ☑ E/F ☐ G |
| 2.2 Lima Hotels, LLC | Lima Hotels, LLC Attn: George Nwanze 4710 14th St., NW, Ste. 200 Washington, DC 20011 | BBGM/Architects & Interio | ☐ D ☑ E/F ☐ G |
| 2.3 Woodbranch Havana | Woodbranch Havana LLC 4265 San Felipe St. Ste. 550 Houston, TX 77027 | Office of Tax and Revenu | ☑ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name ____K Street, LLC_____

United States Bankruptcy Court for the: __District of Columbia_____

Case number (*If known*): _____22-00198_____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/22/2022__            ✗ /s/ Habte Sequar
    MM / DD / YYYY              _____
                     Signature of individual signing on behalf of debtor

                     Habte Sequar
                     _____
                     Printed name

                     President/Member
                     _____
                     Position or relationship to debtor

# REAL PROPERTY APPRAISAL REPORT

of

## MID-RISE APARTMENT BUILDING
The Havana
1219 K Street, NE
Washington, D.C. 20002
RPJ No. 22-437

# EXHIBIT TO SCHEDULE A/B, PART 9

### Date of Report

August 16, 2022

### Effective Date of Appraisal

July 27, 2022 "As Is"
April 27, 2023 Prospective

### Prepared For

Ms. Sandra J. D'Angelo
MainStreet Bank
10089 Fairfax Boulevard
Fairfax, Virginia 22030

### Prepared By

W. Scott Gudely, MAI
The Robert Paul Jones Company, LLC
11240 Waples Mill Road, Suite 203
Fairfax, VA 22030-6078
(703) 385-8556 and (703) 385-1978 (Fax)

### THE ROBERT PAUL JONES COMPANY, LLC
**11240 Waples Mill Road, Suite 203, Fairfax, Virginia 22030-607**
**(703) 385-8556/Fax: (703) 385-1978/email: scottgudely@rpjco.com**

August 16, 2022

Ms. Sandra J. D'Angelo
MainStreet Bank
10089 Fairfax Boulevard
Fairfax, Virginia 22030

Re:   **MID-RISE APARTMENT BUILDING**
      The Havana
      1219 K Street, NE
      Washington, D.C. 20002
      RPJ No. 22-437

Dear Ms. D'Angelo:

In response to your request, The Robert Paul Jones Company, LLC has completed an appraisal of the captioned property. The subject property is an existing 49-unit apartment building that is currently 75.5 percent occupied. The purpose of this appraisal is to provide the appraisers' best estimate of the "as is" market value of the subject property as of July 27, 2022, the date of last inspection and effective date of appraisal. We also estimated the prospective market value under the extraordinary assumption that the property is leased and stabilized, estimated to be April 27, 2023. Please note that the subject is currently encumbered by a ground lease, and the borrower owns the Sandwich Leasehold Estate interest between the owner of the ground and the apartment tenants.

Attached is a Real Property Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the *Uniform Standards of Professional Appraisal Practice 2020-2022* (USPAP) for an Appraisal Report.  As such, it presents only summary discussions of the data, reasoning and analysis that were used in the appraisal process to develop our opinion of value.   Supporting documentation concerning the data, reasoning and analyses is retained in our office files.  The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated herein.

The value conclusion is subject to the definitions, certifications, assumptions and limiting conditions included in the attached Real Property Appraisal Report. The report is a brief recapitulation of the appraisers' data, analyses, and conclusions.  To report the appraisal's data, reasoning, and analyses, this Appraisal Report was prepared in compliance with reporting requirements set forth under Standards Rule 2-2(a) of the USPAP 2020-2022, and in conformance with the Financial Institutions, Reform, Recovery and Enforcement Act of 1989 (FIRREA), Title XI Regulations (and amendments).  The report also meets the Standards of Professional Practice and Code of Professional Ethics of the Appraisal Institute.



**W. Scott Gudely, MAI**

**Real Estate Appraisals/Feasibility
Analysis/Consultation**

Ms. D'Angelo
August 16, 2022
Page Two

Based on our study and analysis and subject to the contingent and limiting conditions contained herein, it is our opinion that the "as is" sandwich leasehold market value, as of July 27, 2022, is

### ELEVEN MILLION TWO HUNDRED EIGHTY THOUSAND DOLLARS
### ($11,280,000).

It is also our opinion that the prospective sandwich leasehold market value, assuming that the property is leased and stabilized, as of April 27, 2023, is

### ELEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS
### ($11,500,000).

The values reflect exposure and marketing periods of 12 months or less, for the subject property.

The Appraisal Institute conducts a voluntary program of continuing education for its designated members. MAIs and SRAs who meet the minimum standards of this program are awarded periodic educational certification. As of the date of this appraisal, W. Scott Gudely, MAI, has completed the requirements under the continuing education program of the Appraisal Institute.

We appreciate the opportunity to assist you with your appraisal needs.

Respectfully submitted,

W. Scott Gudely, MAI
President
DC Certification No. GA12122

Case 22-00198-ELG   Doc 19-1   Filed 12/12/24   Entered 12/12/24 21:57:08   Desc Main
Exhibit D - Appraisal in Support of Assessed Value   Page 4 of 4

1

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS:

| | |
|---|---|
| Subject: | The Havana<br>Mid-Rise Apartment Building<br>1219 K Street, NE<br>Washington, DC 20002 |
| Square/Lot No.: | 1002/0122 |
| Ownership: | 1219 K Street I-V, LLC – Land Owner<br>K Street, LLC – Improvements Owner/Borrower |
| Zoning: | MU-4, Mixed Use |
| Land: | 12,899 Sq. Ft. (Leased Land) |
| Improvements: | The lot is improved with a free-standing, five-story apartment building with a total of 49 residential units and was recently constructed in 2018. The subject is in below-average condition for its age. |
| Purpose of the Appraisal: | Provide the appraisers' best estimate of the market value of the property in "as is" condition as of July 27, 2022. We also estimated the prospective market value assuming that the property is leased and stabilized, estimated to be April 27, 2023. |
| Inspection Date: | July 27, 2022 |
| Highest and Best Use: | "As If Vacant" - Development with an apartment to the greatest feasible density.<br><br>"As Improved" – Continued use as apartments. |
| Value Indication: | $11,280,000 "As Is" – Sandwich Leasehold<br><br>$11,500,000 "Upon Stabilization" – Sandwich Leasehold |
| Exposure Period: | Twelve months or less at the property's market value/price level, representing the most probable price in cash or cash-equivalent terms. |
| Comments: | On the date of inspection, the property was encumbered by a ground lease. The borrower is the lessor of the improvements at the subject and the lessee of the land at the subject. As such, the borrower is entitled to any potential rent from the improvements at the subject, while being obligated to pay rent for the land at the subject parcel. This type of ownership is known as a Sandwich Leasehold Estate. |